John Cobb
PLAINTIFF/PETITIONER/MOVANT'S NAME

N/A
PRISON NUMBER

N/A
PLACE OF CONFINEMENT

3955 Mt. Albertine Way
ADDRESS
San Diego, CA 92111
(858) 277-2026

FILED
2008 JAN 31 AM 11:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# United States District Court
## Southern District Of California

John Cobb, Plaintiff/Petitioner/Movant

v.

J. Reyes, S. Gustafson, et seq. Defendant/Respondent

Civil No. '08 CV 0188 JAH WMc
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I, John Cobb, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☐ Yes ☒ No (If "No" go to question 2)
   If "Yes," state the place of your incarceration ______
   Are you employed at the institution? ☐ Yes ☐ No
   Do you receive any payment from the institution? ☐ Yes ☐ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]



cc

2. Are you currently employed? ☐ Yes ☒ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. October 2004. Approximately $150.00 per week Target Corporation; 8001 Othello Ave, San Diego, CA 92111

3. In the past twelve months have you received any money from any of the following sources?:

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, royalties interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance | ☐ Yes | ☒ No |
| d. | Disability or workers compensation | ☐ Yes | ☒ No |
| e. | Social Security, disability or other welfare | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☒ Yes | ☐ No |
| f. | Spousal or child support | ☐ Yes | ☒ No |
| g. | Any other sources | ☐ Yes | ☒ No ? → (I get Food Stamps; see attached) |

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. I periodically get money from my father. I do not get a regular monthly income. I am currently on Food Stamps. Last year, I believe that I got approximately $1,500.00 from my Father. See Attached Food Stamps Document. (Notice Date is 1-11-2008) I also get assistance with my gas & electric bill.

4. Do you have any checking account(s)? ☐ Yes ☒ No

a. Name(s) and address(es) of bank(s):

b. Present balance in account(s):

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No

a. Name(s) and address(es) of bank(s):

b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No

a. Make: Buick Year: 1985 Model: Park Avenue.

b. Is it financed? ☐ Yes ☒ No

c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes ☒ No
If "Yes" describe the property and state its value.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. None

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
I have utility bills to pay:
Phone bill: $~ 20.00 (I believe)
Water bill: $ 27.00

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): N/A

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
I get money from my Father. I am also currently on Food Stamps — see Attached Document. (Notice Date is 1-11-2008)

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

1-31-2008
DATE

[signature]
SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE

**(Incarcerated applicants only)**

(To be completed by the institution of incarceration)

I certify that the applicant ______________________________,
(NAME OF INMATE)

______________________________,
(INMATE'S CDC NUMBER)

has the sum of $______________ on account to his/her credit at ______________

______________________________.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ______________ to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $ ______________, and the ***average monthly deposits*** to the applicant's account was $______________.

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

______________ DATE

______________ SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

______________ OFFICER'S FULL NAME (PRINTED)

______________ OFFICER'S TITLE/RANK

**TRUST ACCOUNT WITHDRAWAL AUTHORIZATION**
**(Incarcerated applicants only)**

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, ______________________________, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either □ $350 (civil complaint) or □ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

______________________ ______________________
DATE SIGNATURE OF PRISONER

# NOTICE OF ACTION
## Food Stamps No Change

COUNTY OF SAN DIEGO

STATE OF CALIFORNIA
HEALTH AND HUMAN SERVICES AGENCY
CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

**County of San Diego**
5201 Ruffin Rd. Ste K
San Diego, California 92123-4394

RETURN SERVICE REQUESTED

1931 4308/11-5019/LETTER1.18 20 HJ37

JOHN COBB
3955 MOUNT ALBERTINE WAY
SAN DIEGO CA 92111-3247

| | | |
|---|---|---|
| Notice Date | : | 01/11/2008 |
| Case Name | : | JOHN COBB |
| Case Number | : | BM53090 |
| Worker Name | : | G. Tesfamarian |
| Worker Number | : | HJ37 |
| Telephone | : | (858) 694-3021 |
| Worker Hours | : | 8:00 AM - 12:00 PM, 12:00 PM - 5:00 PM |
| Address | : | 5201 Ruffin RD, STE K San Diego CA 92123-4394 |

Questions? Ask your Worker.

**State Hearing:** If you think this action is wrong, you can ask for a hearing. The back of this page tells you how. Your benefits may not be changed if you ask for a hearing before this action takes place.

Your food stamps benefits in this quarter did not change as a result of the document(s)/information we received because it would not have resulted in an increase in benefits.

Your Food Stamp benefits in this quarter did not change as a result of the document(s)/information we received because the new rule says that when you report some changes, the County can not lower your Food Stamps until the next quarter.

The County has refigured your Food Stamps using the information you reported and the Food Stamp amount did not go up.

If the information you reported causes your Food Stamps to go down, the change will not happen until the next quarter. You will receive another notice about any change.

Any changes you voluntarily reported must be reported again on your next Quarterly Report (QR 7), along with proof of the change.

QR 377.4 No Change (01/04) FS Notice of NO Change for Quarterly and Change Reporting Households

**Rules:** These rules apply. You may review them at your welfare office: EAS Section(s): 63-502, 63-503. Food Stamps Manual Section(s): 63-402, 63-500, 63-502, 63-503, 63-504, 63-800