UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COBB, Plaintiff, vs. J. REYES, et. al., Defendants. | Civil No. 08CV188 JAH (WMc) **ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* [Doc. No. 2]** |

On January 31, 2008, Plaintiff, a non-prisoner appearing *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983, alleging Defendants violated his constitutional rights. Plaintiff concurrently filed a motion to proceed *in forma pauperis*. For the reasons stated herein Plaintiff's motion to proceed *in forma pauperis* is DENIED.

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See* Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999). Under 28 U.S.C. § 1915(a) a court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the fees.

This Court finds Plaintiff's declaration in support of his request to proceed *in forma pauperis* is insufficient to demonstrate he is unable to pay the fees or post securities required

to maintain this action. *See* CivLR 3.2(d). Plaintiff is currently unemployed but receives food stamps. Plaintiff also receives some financial assistance from his father. Last year, he received approximately $1,500.00 in assistance from his father. He maintains that he owns a 1985 Buick, but has no other assets. Plaintiff submits that his monthly expenses total approximately $47.00 per month. However, Plaintiff has provided no information regarding how he pays this monthly expense. Nor does he provide any information regarding any housing expenses he may have or how he pays those expenses. Based upon the information provided, this Court cannot find that Plaintiff is unable to pay the one-time $350 filing fee. Accordingly, the Court **DENIES** Plaintiff's motion to proceed *in forma pauperis*.

Although this Court cannot proceed until Plaintiff has either paid the filing fee required to maintain this action pursuant to 28 U.S.C. § 1914 or qualified to proceed *in forma pauperis*, this Court will allow Plaintiff adequate time to submit payment of the fee or file a motion to proceed *in forma pauperis* with additional information about his economic status. **Accordingly, Plaintiff is notified that in order to avoid dismissal of his case, he must either pay the $350 filing fee or file a motion to proceed *in forma pauperis* with adequate proof of his inability to pay the filing fee no later than March 3, 2008.** If Plaintiff does not pay the filing fee or file a motion to proceed *in forma pauperis* by **March 3, 2008**, his case will be dismissed without prejudice and he will have to begin again by filing a new complaint.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's motion to proceed *in forma pauperis* is **DENIED without prejudice**;
2. To avoid dismissal of her case, Plaintiff has until **March 3, 2008** to either pay the $350 filing fee or file a motion to proceed *in forma pauperis* with adequate proof of his inability to pay the filing fee.

DATED: February 4, 2008

JOHN A. HOUSTON
United States District Judge