John Cobb
PLAINTIFF/PETITIONER/MOVANT'S NAME

N/A
PRISON NUMBER

N/A
PLACE OF CONFINEMENT

3955 Mt. Albertine Way
ADDRESS San Diego, CA 92111

FILED

08 FEB 25 AM 11: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

# United States District Court
## Southern District Of California

John Cobb,
Plaintiff/Petitioner/Movant

v.

J. Reyes, et. al.,
Defendant/Respondent

Civil No. '08 CV 0188 JAH
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I, John Cobb,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☐ Yes ☒ No (If "No" go to question 2)
   If "Yes," state the place of your incarceration ____________
   Are you employed at the institution? ☐ Yes ☐ No
   Do you receive any payment from the institution? ☐ Yes ☐ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Target Corp, (#205) 8001 Othello Ave, San Diego, CA, 92111.
   Take home pay: $156/ week.
   Last date of employment: 8/23/2003

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance ☐ Yes ☒ No
   d. Disability or workers compensation ☐ Yes ☒ No
   e. Social Security, disability or other welfare ☐ Yes ☒ No
   e. Gifts or inheritances ☒ Yes ☐ No
   f. Spousal or child support ☐ Yes ☒ No
   g. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   see attached Declaration, et seq.

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
   a. Make: Buick Year: 1985 Model: Park Avenue.
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes ☒ No
If "Yes" describe the property and state its value.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. None

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
see attached Declaration, et seq.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):
N/A

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
see attached Declaration, et seq.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

2-25-2008
DATE

[signature]
SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE

**(Incarcerated applicants only)**

(To be completed by the institution of incarceration)

I certify that the applicant ______________________________,
(NAME OF INMATE)

______________________________,
(INMATE'S CDC NUMBER)

has the sum of $______________ on account to his/her credit at ______________

______________________________.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ______________ to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $ ______________, and the ***average monthly deposits*** to the applicant's account was $______________.

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

______________________________
DATE

______________________________
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

______________________________
OFFICER'S FULL NAME (PRINTED)

______________________________
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
**(Incarcerated applicants only)**

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, ______________________________, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

______________________________ ______________________________
DATE SIGNATURE OF PRISONER

John Cobb – Plaintiff
3955 Mt. Albertine Way
San Diego, CA 92111
Telephone: (858) 277-2026.

////

////

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| JOHN COBB,<br><br>Plaintiff,<br><br>vs.<br><br>J. REYES, et. al.,<br><br>Defendants. | **DECLARATION UNDER PENALTY OF PERJURY, MONEY CALCULATIONS, AND EXHIBITS IN SUPPORT OF MOTION TO PROCEED *IN FORMA PAUPERIS.*<br><br>[ ADEQUATE PROOF OF INABILILTY TO PAY ].**<br><br>Civil No.: '08 CV 0188 JAH (WMc) .<br><br>Filed: January 31, 2008. |

////

////

**<u>DECLARATION OF JOHN COBB</u>**

I, Plaintiff John Cobb ( " Plaintiff " ), declare the following;

1. These papers ( Declaration, Money Calculations, and Exhibits ) are respectfully submitted to provide the adequate proof requested, and to support Plaintiff's motion to proceed *in forma pauperis.*

2. Plaintiff has received the Court's Order Denying his request to proceed *in forma pauperis.*

3. The Court has stated that " Plaintiff's declaration in support of his request to proceed *in forma pauperis* is insufficient to demonstrate he is unable to pay the fees ... ".

4. The Court has listed, and Plaintiff acknowledges the following reasons to be true;

   a. Plaintiff is currently unemployed;

b. Plaintiff receives food stamps;

c. Plaintiff receives financial assistance from his father;

d. last year Plaintiff received approximately $ 1,500.00 from his father;

e. Plaintiff owns a 1985 Buick Park Avenue ( automobile );

f. Plaintiff has no other assets;

g. Plaintiff's monthly expenses are approximately $ 47.00 per month;

[ Court's Motion Denial; Page 2; Lines 1-4 ].

5. The Court has queried the following;

h. that Plaintiff has not given information regarding how he pays his $ 47.00 monthly expenses. [ Court's Motion Denial; Page 2; Lines 4-6 ];

i. nor given information regarding any " housing expenses " nor how he pays said expenses, if any. [ Court's Motion Denial; Page 2; Lines 6-7 ].

6. Plaintiff submits the attached Exhibits No.s 1 through 6 to support his motion to proceed *in forma pauperis.* These exhibits are true and correct. Some have had account numbers and pin numbers redacted, for privacy reasons. These numbers can be provided if necessary. These Exhibits are the following:

7. Exhibit No. 1; shows that Plaintiff has been unemployed for the past several years: Plaintiff currently has no money left from past employment.

8. Exhibit No. 2; statement from Plaintiff's Father that Plaintiff lives in his Father's home for free. Refer to Paragraph 5 i, above, housing expenses.

9. Exhibit No. 3; Food Stamps document, showing that Plaintiff is currently on Food Stamps.

10. Exhibit No. 4; Plaintiff's automobile expenses related to registration. These total $ 358.00.

11. Exhibit No. 5; Sample monthly utility bills, for January of 2008. These total $ 39.46. Other expenses would include copying. These monthly expenses are paid for by Plaintiff, out of the approximately $ 1,500.00 he received from his Father in 2007. Refer to Paragraph 5 h above.

12. Exhibit No. 6; Expenses of tires for Plaintiff's automobile; $ 116.32.

13. Plaintiff spent approximately $ 500.00 on gasoline for the past year.

14. Plaintiff recently received $ 50.00 from his father, around Valentines Day.

15. Plaintiff expects in the future, to continue to periodically get money from his Father for his

support.

16. Plaintiff actually has about $ 43.00 in cash, at this time. This is not enough to pay the $ 350.00 required for the filing fee.

17. Plaintiff requests the Court take judicial notice the case of Adkins v. E. I. DuPont de Nemours & Co., Inc., 335 U.S. 331 (1948):

" Third. We cannot agree with the court below that one must be absolutely destitute to enjoy the benefit of the statute. We think an affidavit is sufficient which states that one cannot because of his poverty 'pay or give security for the costs * * * and still be able to provide' himself and dependents 'with the necessities of life.' To say that no persons are entitled to the statute's benefits until they have sworn to contribute to payment of costs, the last dollar they have or can get, and thus make themselves and their dependents wholly destitute, would be to construe the statute in a way that would throw its beneficiaries into the category of public charges. The public would not be profited if relieved of paying costs of a particular litigation only to have imposed on it the expense of supporting the person thereby made an object of public support. Nor does the result seem more desirable if the effect of this statutory interpretation is to force a litigant to abandon what may be a meritorious claim in order to spare himself complete destitution. We think a construction of the statute achieving such consequences is an inadmissible one. See cases collected in 6 A.L.R. 1281- 1287 for a discussion as to whether a showing of complete destitution should be made under this and similar statutes. ".

18. Plaintiff respectfully requests that he be allowed to proceed *in forma pauperus*.

19. Plaintiff respectfully requests that he be allowed to proceed *in forma pauperus*, so as to not have to become " wholly destitute " in order to continue his case.

20. If his motion to proceed *in forma pauperis* is denied, Plaintiff requests that he be given time to try to get the $ 350.00 filing fee from his Father.

////

////

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

**Respectfully submitted:**

**DATED:** 2-25, **2008.** **SIGNED:** [signature]

**John Cobb – Plaintiff.**

# MONEY CALCULATIONS

**Start:**

| | |
|---|---|
| Approximate amount of money received from Father: | $ 1,500.00 |
| **Less:** | |
| $ 47.00 monthly expenses times 12 months: ( 12 x $ 47.00 ) | ( $ 564.00 ) |
| Automobile Insurance. Exhibit No. 4, Page 1. | ( $ 265.00 ) |
| Smog check: Exhibit No. 4, Page 2. | ( $ 35.00 ) |
| Registration: Exhibit No. 4, Page 3. | ( $ 58.00 ) |
| Tires: Exhibit No. 6. | ( $ 116.32 ) |
| Gasoline for Automobile transportation ( approximately ). | ( $ 500.00 ) |
| **Add:** | |
| Plaintiff received $ 50.00 from his father for Valentines Day. | $ 50.00 |
| **Total Remaining:** | |
| Amount of money left; | $ 11.68 |

Plaintiff actually has about $ 43.00 in cash, at this time. This is not enough to pay the $ 350.00 required for the filing fee.

# MONEY CALCULATIONS

**Start:**

| | |
|---|---|
| Approximate amount of money received from Father: | $ 1,500.00 |
| **Less:** | |
| $ 47.00 monthly expenses times 12 months: ( 12 x $ 47.00 ) | ( $ 564.00 ) |
| Automobile Insurance. Exhibit No. 4, Page 1. | ( $ 265.00 ) |
| Smog check: Exhibit No. 4, Page 2. | ( $ 35.00 ) |
| Registration: Exhibit No. 4, Page 3. | ( $ 58.00 ) |
| Tires: Exhibit No. 6. | ( $ 116.32 ) |
| Gasoline for Automobile transportation ( approximately ). | ( $ 500.00 ) |
| **Add:** | |
| Plaintiff received $ 50.00 from his father for Valentines Day. | $ 50.00 |
| **Total Remaining:** | |
| Amount of money left; | $ 11.68 |

Plaintiff actually has about $ 43.00 in cash, at this time. This is not enough to pay the $ 350.00 required for the filing fee.

# TABLE OF EXHIBITS
## ( & DESCRIPTIONS )

( John Cobb has the original of these Exhibits, and can provide these upon request. Note that certain information, e.g. account numbers and pin numbers, have been redacted ).

| Ex. No. | Description |
|---|---|
| 1 | Page 1 – EDD document showing that Plaintiff had no unemployment benefits ( no wages ). Dated 4-30-2007. |
| | Page 2 – EDD document showing that Plaintiff had no unemployment benefits ( no wages ). Dated 2-14-2008. |
| | Plaintiff has been unemployed for the past several years. |
| 2 | Statement from Plaintiff's father, stating that Plaintiff lives in his father's house for free. Document is what Plaintiff's submitted in the process of obtaining Food Stamps. |
| 3 | Food Stamp document. States that Plaintiff is on food Stamps. Dated 1-11-2008. Plaintiff is currently on Food Stamps. |
| 4 | Documents regarding registration of Plaintiff's Automobile. |
| | Page 1 – Automobile insurance. Dated 10-26-2007. Cost; $ 265.00. |
| | Page 2 – Smog check. Cost $ 35.00. |
| | Page 3 – Registration. Cost $ 58.00. |
| 5 | Sample monthly expenses: |
| | Page 1 –Telephone bill for January 2008; $ 12.73 |
| | Page 2 – Water bill for January 2008; $ 26.73 |
| | Total: $ 39.46 |
| | [ Note – sometimes, these monthly expenses include copying costs, and other items. ]. |
| 6 | Documents regarding maintenance of Plaintiff's car. |
| | Page 1 – Tires. Cost $ 116.32. |

EDD Employment Development Department State of California

English 1-800-300-5616
Spanish 1-800-326-8937
Cantonese 1-800-547-3506
Vietnamese 1-800-547-2058
Mandarin 1-866-303-0706
TTY 1-800-815-9387
Outside California 1-800-250-3913

Date: 04 / 30 / 07

JOHN COBB
3955 MOUNT ALBERTINE WAY
SAN DIEGO CA 92111

## CALIFORNIA UNEMPLOYMENT INSURANCE
## WAGE AND *POTENTIAL* AWARD INFORMATION

Name JOHN COBB and last four of SSN 7109

The potential award of a claim if filed with effective date 04 / 29 / 07 would be:

- **Potential Maximum Benefit Amount:** $ 0.00
- **Potential Weekly Benefit Amount:** $ 0.00

PLEASE NOTE – The above award is subject to change pending verification of wages and the date the claim is actually filed. School employees may have a reduced award per Section 1253.3 of the California Unemployment Insurance Code.

### Calculation of Award Information

The effective date of a claim is the Sunday of the week EDD was contacted to file the claim. The effective date of a claim determines the base period, and as a result, the benefit amount of the claim. A base period is a one-year period of earnings, divided into four quarters. The benefit amount information (weekly and maximum) listed above is based on the earnings in the base period displayed below:

| Quarter/Year | MAR 06 | JUNE 06 | SEPT 06 | DEC 06 |
|---|---|---|---|---|
| Total Wages | $0.00 | $0.00 | $0.00 | $0.00 |

**If a claim is filed in:**

- January, February or March — the base period is October 1 through September 30
- April, May or June — the base period is January 1 through December 31
- July, August or September — the base period is April 1 through March 31
- October, November or December — the base period is July 1 through June 30

To file a claim, submit an application using the eApply4UI form located on our Web site at www.edd.ca.gov or call EDD. Your eligibility for benefits will be determined after the claim is filed.

**CONFIDENTIALITY NOTICE:** This notice is for the sole use of the intended recipients. It contains confidential or sensitive information. Under Penal Code 502 and Civil Code 1798.53, any unauthorized review, use, disclosure, or distribution of the content of this document is prohibited and subject to criminal penalties/fines. If you are not the intended recipient, please contact the EDD.

EDD Employment Development Department
State of California

English 1-800-300-5616
Spanish 1-800-326-8937
Cantonese 1-800-547-3506
Vietnamese 1-800-547-2058
Mandarin 1-866-303-0706
TTY 1-800-815-9387
Outside California 1-800-250-3913

**Date:** 02 / 14 / 08

JOHN COBB
3955 MT ALBERTINE WY
SAN DIEGO CA 92111

## CALIFORNIA UNEMPLOYMENT INSURANCE
## WAGE AND *POTENTIAL* AWARD INFORMATION

Name JOHN COBB and last four of SSN 7109

The potential award of a claim if filed with effective date 02 / 10 / 08 would be:

- **Potential Maximum Benefit Amount:** $ 0.00
- **Potential Weekly Benefit Amount:** $ 0.00

PLEASE NOTE – The above award is subject to change pending verification of wages and the date the claim is actually filed. School employees may have a reduced award per Section 1253.3 of the California Unemployment Insurance Code.

### Calculation of Award Information

The effective date of a claim is the Sunday of the week EDD was contacted to file the claim. The effective date of a claim determines the base period, and as a result, the benefit amount of the claim. A base period is a one-year period of earnings, divided into four quarters. The benefit amount information (weekly and maximum) listed above is based on the earnings in the base period displayed below:

| Quarter/Year | DEC 06 | MAR 07 | JUNE 07 | SEPT 07 |
|---|---|---|---|---|
| Total Wages | $0.00 | $0.00 | $0.00 | $0.00 |

**If a claim is filed in:**

- January, February or March — the base period is October 1 through September 30
- April, May or June — the base period is January 1 through December 31
- July, August or September — the base period is April 1 through March 31
- October, November or December — the base period is July 1 through June 30

To file a claim, submit an application using the eApply4UI form located on our Web site at www.edd.ca.gov or call EDD. Your eligibility for benefits will be determined after the claim is filed.

**CONFIDENTIALITY NOTICE:** This notice is for the sole use of the intended recipients. It contains confidential or sensitive information. Under Penal Code 502 and Civil Code 1798.53, any unauthorized review, use, disclosure, or distribution of the content of this document is prohibited and subject to criminal penalties/fines. If you are not the intended recipient, please contact the EDD.

2

Harold Cobb
714 Evergreen Drive
Lake Worth, FL 33461
(561) 533-7901

This letter is to confirm that my son, John Cobb, lives rent free in my house at;

3955 Mt. Albertine Way, San Diego, California, 92111.

Signed: ______________________.
Harold Cobb – Owner.

# NOTICE OF ACTION
**Food Stamps No Change**

COUNTY OF SAN DIEGO

STATE OF CALIFORNIA
HEALTH AND HUMAN SERVICES AGENCY
CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

**County of San Diego**
5201 Ruffin Rd. Ste K
San Diego, California 92123-4394

RETURN SERVICE REQUESTED

1931 4308/11-5019/LETTER1.18 20 HJ37

JOHN COBB
3955 MOUNT ALBERTINE WAY
SAN DIEGO CA 92111-3247

| | | |
|---|---|---|
| Notice Date | : | 01/11/2008 |
| Case Name | : | JOHN COBB |
| Case Number | : | BM53090 |
| Worker Name | : | G. Tesfamarian |
| Worker Number | : | HJ37 |
| Telephone | : | (858) 694-3021 |
| Worker Hours | : | 8:00 AM - 12:00 PM, 12:00 PM - 5:00 PM |
| Address | : | 5201 Ruffin RD, STE K<br>San Diego CA 92123-4394 |

Questions? Ask your Worker.

**State Hearing:** If you think this action is wrong, you can ask for a hearing. The back of this page tells you how. Your benefits may not be changed if you ask for a hearing before this action takes place.

Your food stamps benefits in this quarter did not change as a result of the document(s)/information we received because it would not have resulted in an increase in benefits.

Your Food Stamp benefits in this quarter did not change as a result of the document(s)/information we received because the new rule says that when you report some changes, the County can not lower your Food Stamps until the next quarter.

The County has refigured your Food Stamps using the information you reported and the Food Stamp amount did not go up.

If the information you reported causes your Food Stamps to go down, the change will not happen until the next quarter. You will receive another notice about any change.

Any changes you voluntarily reported must be reported again on your next Quarterly Report (QR 7), along with proof of the change.

QR 377.4 No Change (01/04) FS Notice of NO Change for Quarterly and Change Reporting Households

**Rules:** These rules apply. You may review them at your welfare office: EAS Section(s): 63-502, 63-503. Food Stamps Manual Section(s): 63-402, 63-500, 63-502, 63-503, 63-504, 63-800

AUTOONE INSURANCE

AUTOONE INSURANCE COMPANY
P.O. Box 9026
Melville, NY 11747

CALL CUSTOMER SERVICE AT 1-800-418-3280

EFFECTIVE 10[redacted]2007 , THIS RENEWAL DECLARATION WITH POLICY [redacted]TEMENT COMPLETES PERSONAL AUTO POLICY #

REPLACES ALL PRIOR DECLARATIONS

POLICY PERIOD: 12:01 AM STANDARD TIME FROM 10/26/2007 TO 10/26/2008 AT THE ADDRESS OF INSURED AS STATED HEREIN

**Named Insured:**
John Harold R Cobb
3955 Mt Albertine Way
San Diego, CA 92111

**Broker:** ID : 23515
Kevin R Kane
8690 Aero Dr Ste 117
San Diego, CA 92123

Description of Auto(s) or Trailer(s)

| AUTO | YEAR | TRADE NAME | MODEL | BODY TYPE | VIN | COST NEW | SYM | AGE | RATING CLASS | TERR | USE | AT | PR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1985 | BUICK | ELCTRAPKAV | SEDAN 4D | 1G4CW6931F1499918 | | 10 | 22 | 9LC | 98 | LC | N | N |

COVERAGE IS PROVIDED ONLY WHERE PREMIUMS ARE SHOWN

| PART (REFER TO POLICY FOR COVERAGE DEFINITIONS) | | | | | 1 -1985 BUICK PREMIUM |
|---|---|---|---|---|---|
| A LIABILITY | | | | | |
| BODILY INJURY | $10,000 | PER PERSON. | $20,000 | EACH ACCIDENT | $265.00 |
| PROPERTY DAMAGE | $3,000 | EACH ACCIDENT | | | $0.00 |
| B MEDICAL PAYMENTS | N/A | PER PERSON | | | NO COVERAGE |
| C UNINSURED MOTORIST BODILY INJURY | N/A | PER PERSON | N/A | EACH ACCIDENT | NO COVERAGE |
| TOTAL PREMIUM BY VEHICLE | | | | | $265.00 |
| TOTAL SURCHARGE PREMIUM INCLUDED | | | | | $0.00 |

The Auto(s) or Trailer(s) described in this policy is (are) principally garaged at the above address unless otherwise stated here:

Any loss under Physical Damage Payable as interest may appear to the Named Insured and:

| 12 MONTHS PREMIUM | $265.00 |
|---|---|

Endorsements made part of this policy at time of issue:
PPA 00 02.1

| NO. | DRIVER NAME | LICENSE NUMBER | DOB | SX | MS | VR | SC | DT | CD | DD | MD | VEHICLE | %SURCHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | JOHN HAROLD R COBB | N6539830 | 09/10/1959 | M | S | 1 | N | | | | | 1 | 0 |

DATE PROCESSED: 10/12/2007
01DECL(07/02)

INSURED COPY

*WE ARE YOUR DEALERSHIP ALTERNATIVE*

**CONVOY AUTO REPAIR**
& TOWING
3909 CONVOY STREET
SAN DIEGO, CALIFORNIA 92111-3723
(858) 560-9131 FAX (858) 560-0394
http://www.convoyautorepair.com

BBB MEMBER SAN DIEGO

*Established 1976*

INVOICE
**132491**
Org. Est. # 166444

# INVOICE

Work Completed Date : 11/14/2007 Print Date : 11/14/2007

**COBB, JOHN**
3955 MT ALBERTINE WY
San Diego, CA 92111
Home 858-277-2026
Cust ID : 57699 Ref # :

1985 Buick - Electra Park Avenue
V6-231 3.8L
Lic # : 2LJJ750 Odometer In : 120242
Unit # : Odometer Out : 120242
Vin # : **1G4CW6931F1499918**
Hat # :

| Part Description | Qty | Sale | Extended |
|---|---|---|---|
| ELECTRONIC SMOG CERTIFICATE | 1.00 | 8.25 | 8.25 |
| TRANSMISSION FEE | 1.00 | 2.00 | 2.00 |

| Labor Description | Extended |
|---|---|
| Smog Inspection. Please be advised that in the event your vehicle fails the smog test, their may or may not be "Cost limits" to repairs. | 24.75 |

**** Recommendations ****
REPLACE MASS AIR FLOW SENSOR $197.84
REPLACE SPARK PLUGS $107.50

[ Technicians : BARRICK, BRAD ]

| Org. Estimate | Revisions | Current Estimate | Additional Cost | Revised Estimate |
|---|---|---|---|---|
| $35.00 | $0.00 | $ 35.00 | | |

| | |
|---|---|
| **Labor:** | **24.75** |
| **Parts:** | **10.25** |
| **Sublet:** | **0.00** |
| | ------- |
| **Sub:** | **35.00** |
| **Tax:** | **0.00** |
| **Total:** | **35.00** |
| **Bal Due:** | **$0.00** |

[ Payments - Cash - $35.00 ]

*ALL PARTS NEW UNLESS SPECIFIED*

BAR # AC-152160 EPA # CAD981575392

12 Month / 12,000 Mile Nationwide Warranty. Please refer to the back side of this document for detailed warranty claim procedures and exclusions. This supercedes all other warranties. Signature line on this invoice acknowledges warranty terms, work completed and revisions from original estimate authorized.

SIGNATURE.................................................... Date........................................ Time........................

Written By: WIBE, ALLEN



01.17.07 Copyright Mitchell 1 Invoic1a

STATE OF CALIFORNIA DMV DEPARTMENT OF MOTOR VEHICLES

A Public Service Agency

# VEHICLE REGISTRATION RENEWAL NOTICE

| VIN | MAKE | YR | BODY TYPE | LICENSE PLATE |
|---|---|---|---|---|
| 1G4CW6931F1499918 | BUICK | 1985 | 4D | 2LJJ750 |

| AMOUNT DUE | DUE DATE |
|---|---|
| $58 | 11/02/2007 |

STOP

## SMOG Certification Required at a Test Only Center (See reverse side of notice).

**Please take this notice to a SMOG check station.**

**To renew, just provide:**

- Renewal Fees
- SMOG Certification (see reverse side of notice)
- RENEW VIA INTERNET OR TELEPHONE Your Renewal Identification Number is 558191 VISIT WWW.DMV.CA.GOV or CALL 1-800-921-1117 (see insert)
- Return by Mail

| FEES | |
|---|---|
| REGISTRATION FEE | $41 |
| LICENSE FEE (May be an income tax deduction) | $11 |
| WEIGHT FEE | $0 |
| SPECIAL PLATE FEE | $0 |
| COUNTY/DISTRICT FEES | $6 |
| OWNER RESPONSIBILITY FEE | $0 |
| TOTAL DUE ON OR BEFORE 11/02/2007 | $58 |

**OR $17 TO FILE PLANNED NONOPERATION**

### PLANNED NONOPERATION

If you plan not to operate (PNO) this vehicle, please check the box and return the bottom part with your PNO payment.

| LATE PAYMENT | | |
|---|---|---|
| POSTMARKED | RENEWAL | PNO |
| After 11/02/07 through 11/12/07 | $69 | $28 |
| After 11/12/07 through 12/02/07 | $75 | $34 |
| After 12/02/07 through 01/31/08 | $95 | $54 |
| AFTER 01/31/2008 | $95 | NO PNO |

DETACH AND RETURN

att.com

JOHN COBB
3955 MOUNT ALBERTINE WAY
SAN DIEGO CA 92111 - 3247

**Page** 1 of 3
**Account Number** 858 277-2026
**Billing Date** Jan 28, 2008
**Web Site** att.com

at&t

# Monthly Statement

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 17.58 |
| Payment | .00 |
| Adjustments | .00 |
| Past Due - Please Pay Immediately | 17.58 |
| Current Charges | 12.73 |
| **Total Amount Due** | **$30.31** |
| Current Charges Due in Full by | Feb 28, 2008 |

## Billing Summary

**Questions? Call:**

| | |
|---|---|
| **Plans and Services** 1 800 288-2020 | 4.45 |
| **AT&T Long Distance** 1 800 288-2020 | 8.28 |
| **Total Current Charges** | 12.73 |

Online Account
call 1-888-9ATT-WEB
1(888) 928-8932
New ATT 1(800) 288-2020
Sept M-F 8-10
Sat 9-6

## News You Can Use Summary

- PREVENT DISCONNECT
- AT&T BILLING GUIDE
- PRICE INCREASES
- CARRIER INFORMATION
- THE NEW LOOK OF AT&T
- REPAIR MADE EASY!

See "News You Can Use" for additional information

www.att.com

**Return bottom portion with your check in the enclosed envelope.**

## Plans and Services

**Monthly Service - Jan 28 thru Feb 27**

| | |
|---|---|
| 1. Universal Lifeline Meas Rate | 2.85 |
| 2. Caller ID Selective Blocking | .00 |
| 3. ULTS CR for FED Sub Line Chrg | 4.39CR |
| 4. Your Listing Is Not Published | 1.25 |
| 5. 900/976 Blocking | .00 |
| **Total Monthly Service** | .29CR |

**Local Usage**

**Local Calls**

If you subscribe to a voicemail service and/or the Call Forwarding feature, local usage charges apply when retrieving mailbox messages and/or each time the Call Forwarding feature is activated.

| Item No. | | Description | |
|---|---|---|---|
| | 26 | Call(s) placed | |
| | 26 | Call Allowance ( 60 maximum allowance) | |
| 6. | 0 | Call(s) at $.08 each | .00 |

**Zone 3 Calls**

| Item No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| 7. | 12-28 | 1050A | RNCHOBRNDOCA | 858 592-9800 | D | 2 | .08 |

**Key to Calling Codes**
D Day

**Total Local Usage** .08

**Surcharges and Other Fees**

| | |
|---|---|
| 8. Federal Subscriber Line Charge | 4.39 |
| 9. Rate Surcharge | .10 |
| 10. State Regulatory Fee | .01 |
| **Total Surcharges and Other Fees** | 4.50 |

**Government Fees and Taxes**

| | |
|---|---|
| 11. CA High Cost Fund Surcharge - B: | .01 |
| 12. California Teleconnect Fund Surcharge | .00 |
| 13. Universal Lifeline Telephone Service Surcharge | .01 |
| 14. 9-1-1 Emergency System | .01 |
| 15. Federal | .13 |
| **Total Government Fees and Taxes** | .16 |

wireless $1 59.99

**Total Plans and Services** 4.45

ATT Studio $32.99 /month

Account Mgr.
1(888) 928-8932 → New ATT Dept.
new ATT Number (1(800) 288-2020)

**Local Services provided by AT&T California or AT&T Nevada based upon the service address location.**

**U.S. Pat. D410, 950 and D414, 510**

Printed on Recyclable Paper

att.com

# WATER & WASTEWATER SERVICES

SAN DIEGO, CA 92187-0001 (619) 515-3500

Mailed on Feb 12 2008

ACCOUNT NUMBER

3955 MT ALBERTINE WY
SERVICE ADDRESS

Feb 27 2008
PAYMENT DUE DATE

UW-601 (8-05)-11

HAROLD R COBB
3955 MT ALBERTINE WY
SAN DIEGO CA 92111-3247

**RETURN** THIS PORTION

MAKE CHECK PAYABLE TO CITY TREASURER

0732320205 0000055616

$55.61
TOTAL AMOUNT DUE

ACCOUNT NO. U07-32320-20-5 HAROLD R COBB
SERVICE ADDRESS 3955 MT ALBERTINE WY

Feb 27 2008
PAYMENT DUE DATE

$55.61
TOTAL AMOUNT DUE

| TYPE OF SERVICE | METER | SERVICE PERIOD FROM | TO | DAYS | METER READING PREVIOUS | CURRENT | USAGE HCF* | AMOUNT | COD |
|---|---|---|---|---|---|---|---|---|---|
| Water Base Fee | | 01-05 | 02-06 | 32 | Meter Size = 3/4 Inch | | | 15.32 | |
| Water Used | | 01-05 | 02-06 | 32 | 742 | 742 | 0 | | E |
| Sewer Base Fee | | 01-05 | 02-06 | 32 | | | | 12.69 | |
| Reversal of Sewer Base Fee Settlement Increase | | | | | | | | 0.38CR | |
| Sewer Srvc Chrg | | 01-05 | 02-06 | 32 | | | | 1.44 | |
| Reversal of Sewer Service Charge Settlement Increase | | | | | | | | 0.04CR | |
| Sewer Settlement Credit | | | | | | | | 3.25CR | |
| Storm Drain Fee | | | | | | | | 0.95 | |
| | | | | | CURRENT CHARGES | | | 26.73 | |
| PREV. BALANCE | | | | | | | | 28.88 | |
| | | | | | TOTAL AMOUNT DUE | | | $55.61 | |

The sewer rate reversal(s) and credit included in the sewer portion of your bill are based on a class action lawsuit settlement affecting sewer rates for the City of San Diego. For more detailed information about these sewer rate adjustments, please visit our website at www.sandiego.gov/mwwd or call (619) 515-3500.

Mark your calendars for the 15th Annual Spring Garden Festival at the Water Conservation Garden on April 26, 2008 from 9 a.m. until 4 p.m. The festival, which is free, includes water-wise gardening and education, free landscape design and tree care consultations, native and drought-tolerant plant sale, children's activities, prizes, food, crafts, and live entertainment. The Garden is located on the campus of Cuyamaca College in Rancho San Diego at 900 Rancho San Diego Parkway, El Cajon, CA 92019 (about a 20 minute drive east of downtown San Diego). For more event information and other Garden activities, please visit the Garden web site at: http://www.thegarden.org/

CONSERVATION INFORMATION

| | DAYS | USAGE BILLED IN HCF* | AVERAGE GALLONS PER DAY | % CHANGE |
|---|---|---|---|---|
| THIS YEAR | | | | |
| LAST YEAR | | | | |

Water usage this month was estimated based on historical data. Estimating every other bill keeps costs down. Conservation information will be provided the months your meter is read.

* 1 HCF (HUNDRED CUBIC FEET) = 748 GALLONS

Conserve water by taking the 20 Gallon Challenge. Saving water lowers your water and sewer bil[l] and helps San Diego. Visit us at www.sandiego.gov/water

THE CITY OF SAN DIEGO • WATER DEPARTMENT • (619) 515-3500 • **KEEP** THIS PORTION

# DISCOUNT® TIRE

AMERICA'S LARGEST INDEPENDENT TIRE DEALER



**Financing Available**
See store for details

7595032

7595032

DATE: 10-22-2007 TIME: 10:02 AM

| CUSTOMER INFORMATION | VEHICLE INFORMATION | STORE LOCATION |
|---|---|---|
| JOHN COBB<br>3955 MT. ALBERTIEN WAY<br><br>SAN DIEGO CA 92111<br>858-277-2026 | 1985 BUICK<br>PARK AVE<br>SEDAN BASE/ULTRA<br>MILEAGE: 119,900<br>PLATE # 2LJJ750 | CAS 15<br>3935 CONVOY STREET<br>SAN DIEGO CA 92111<br>PHONE: 858-278-0661<br>604 T.J. MULLENIX<br><br>WORK ORDER# ________ |

| CODE | CC | QTY | SIZE | DESCRIPTION | FET | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 15794 | NRM | 4 | P205/75R-14 95 BLK | MOHAVE R/S BLACK | .00 | 35.00 | 140.00 |
| WARRANTY: MILEAGE- 40,000 SEE REVERSE SIDE FOR WARRANTY DETAILS | | | | | | | |
| 80075 | NRM | 4 | STATE REQUIRED | ENVIRONMENTAL FEE | .00 | 1.75 | 7.00 |
| 80224 | NRM | 3 | WASTE TIRE DISPOSAL | FEE | .00 | 2.00 | 6.00 |
| 80219 | NRM | 4 | INSTALLATION & | LIFETIME SPIN BALANCING | .00 | 13.00 | 52.00 |
| 80402 | NRM | 4 | VALVES, ROTATIONS & | LIFETIME REPAIRS INCLUDED | .00 | .00 | .00 |
| 84921 | NRM | 1 | $100 OFF T/W OR | 200 OFF PKG | .00 | -100.00 | -100.00 |

COMMENT: L/R TIRE BACK LOOSE...




SUBTOTAL: 105.00
TAX: 11.32

TOTAL: 116.32

CASH: 120.00
TENDERED: 120.00
CHANGE: 3.68

**WORK ORDER**

LF RF
LR RR
S

- ☐ Air Check
- ☐ Return Tires
- ☐ Change Snows
- ☐ Repair
- ☐ Rotation
- ☐ Rebalance
- ☐ Wheel Lock Key

Installed / Pretorque ________ / ________
Torqued by: ________ Ft. Lbs. ________
Bay Coordinator: ________
Comments: ________

X ________________
Customer Signature

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer. Upon refund or credit of sales tax, Customer hereby acknowledges such credit or refund. The additional acknowledge satisfies a technical requirement in the sales tax statutes and/or regulations for many jurisdictions that a signed receipt must be obtained upon the refund or credit of sales taxes.

discounttire.com