UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COBB<br>Plaintiff,<br>vs.<br>J. REYES, et. al.,<br>Defendants. | Civil No. 08CV188 JAH (WMc)<br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* [Doc. No. 4] AND DIRECTING U.S. MARSHAL TO EFFECT SERVICE OF PROCESS PURSUANT TO 28 U.S.C. § 1915(d) AND FED.R.CIV.P. 4(c)(2)** |

On January 31, 2008, Plaintiff, a non-prisoner appearing *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983, alleging Defendants violated his constitutional rights. Plaintiff concurrently filed a motion to proceed *in forma pauperis*. Doc. No. 2. A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the fees. *See* 28 U.S.C. § 1915(a). On February 4, 2008, this Court denied Plaintiff's application to proceed *in forma pauperis* based upon insufficient information regarding Plaintiff's income and expenses. Pursuant to the Court's order, Plaintiff filed a renewed motion to proceed *in forma pauperis* along with additional proof and a declaration of his inability to pay filing fees on February 25, 2008. Doc. No. 4.

Plaintiff is currently unemployed but receives food stamps. Plaintiff also receives limited financial assistance from his father. He owns a 1985 Buick, but has no other assets. He lives with his father rent-free, and therefore does not incur any housing expenses. Plaintiff submits that his monthly expenses total approximately $47.00 per month, which

he pays for with money provided by his father. It is unclear whether Plaintiff has a bank account, but Plaintiff submits that he currently has approximately $43.00 in cash. Based upon the information provided, this Court finds Plaintiff has sufficiently demonstrated that he is unable to pay the fees required to commence his suit.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's request to proceed *in forma pauperis* is **GRANTED**.

2. The United States Marshal shall serve a copy of the complaint and summons upon Defendants as directed by Plaintiff on U.S. Marshal Form 285. All costs of service shall be advanced by the United States.

3. Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on the Defendant or counsel of Defendant and the date of service. Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a Certificate of Service may be disregarded.

DATED: February 26, 2008

JOHN A. HOUSTON
United States District Judge