# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

February 27, 2008

John Cobb
3955 Mt. Albertine Way
San Diego, CA 92111

RE: Case Number 08CV0188-JAH(WMC) Cobb v. Reyes, et al.

Dear Mr. Cobb:

Enclosed you will find a conformed copy of your original complaint that was filed on 01/31/08 and a copy of the Order granting your petition to proceed in Forma Pauperis.

Also enclosed are copies of your original complaint, summons and U.S. Marshal service forms. It is your responsibility to complete the Marshal 285 forms and mail them together with the complaint and summons to the U.S. Marshal's office at the address given below.

You must provide the U.S. Marshal with a complaint, summons, and Marshal service form for each defendant to be served. The U.S. Marshal must also receive a copy of the summons and complaint for their record keeping purposes.

Also enclosed is a certified copy of the order granting forma pauperis in this case. It must be mailed to the U.S. Marshal with the complaint and summons package.

U. S. Marshals Office
U. S. Courthouse
940 Front Street
San Diego, CA 92189

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court
By: s/J. Petersen
Deputy Clerk