U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

FILED
MAR 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

| | |
|---|---|
| PLAINTIFF: John Cobb | COURT CASE NUMBER: 08CV0188-JAH |
| DEFENDANT: Bonnie Dumanis | TYPE OF PROCESS: Summons & Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Hall of Justice, District Atty, Bonnie Dumanis

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*): Hall of Justice, 330 West Broadway, Administration, 13th Floor, San Diego, CA 92101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John Cobb
3955 Mt. Albertine Way
San Diego, CA 92111

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold Fold

San Diego County District Atty Phone # is:
(619) 531-4040
B. Dumanis needs to be served personally.

RECEIVED
2008 MAR 10 AM 8:05
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| John Cobb | ☒ PLAINTIFF ☐ DEFENDANT | (858) 277-7026 | 3-6-08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 98 | No. 98 | [signature] | 3/10/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*): Cheryl Ruffier, Chief Deputy

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*):

| Date of Service | Time |
|---|---|
| 03/18/08 | 11:32 (am) pm |

Signature of U.S. Marshal or Deputy: [signature] #3820

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
accepting for Bonnie Dumanis.

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**