U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

FILED
2008 MAR 25 AM 9: 00
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| PLAINTIFF: John Cobb | COURT CASE NUMBER: 08 CV 0188 - JAH |
| DEFENDANT: Shane McKay | TYPE OF PROCESS: Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Tulare Cty Public Defender Atty Shane McKay

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Tulare County Public Defender County Civic Center, 221 S. ~~Mooney~~ Blvd, Room G-35. Visalia, CA 93291

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John Cobb
3955 Mt. Albertine Way
San Diego, CA 92111

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

Atty McKay needs to be served personally. Tel No. is (559) 733-6693. He is located at Vasalia, CA 93291.

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA 2008 MAR 10 A 8 06

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| John Cobb | ☒ PLAINTIFF ☐ DEFENDANT | (858) 277-2026 | 3-6-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 98 | No. 98 | [signature] | 3/10/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 3-19-08 — Time: 1000 (am) pm |
| | Signature of U.S. Marshal or Deputy: [signature] |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 43.65 | | | | | |

REMARKS: 03/10/08 - Fwd to EICA JDIS (A97)
1. Deputy: Total mileage: 90 miles round trip
See Attachment

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

On 3/19/08, this deputy attempted to service this process. This deputy spoke to the clerk and was informed that the individual Shane Mckay no longer works there and has moved to Alameda County.