MICHAEL J. AGUIRRE, City Attorney
KATHRYN A. SNYDER, Deputy City Attorney
California State Bar No. 84722
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856
Email: ksnyder@sandiego.gov

Attorneys for Defendants
MICHAEL AGUIRRE and MICHAEL HUDSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COBB,<br><br>Plaintiff,<br><br>v.<br><br>1.) J. REYES (ID 606);<br>2.) S. GUSTAFSON (ID 601);<br>3.) LT. TOM MORRIS (ID 691);<br>4.) WILLIAM MacINTYRE (ID 617);<br>5.) LT. DAVID ROSE (ID 690);<br>6.) U.C.S.D. POLICE CHIEF O. KING;<br><br>Prosecutors:<br><br>7.) MICHAEL HUDSON;<br>8.) MIKE AGUIRRE;<br>9.) BONNIE DUMANIS;<br><br>Public Defenders:<br><br>10.) SHANE McKAY;<br>11.) STEVEN CARROLL;<br>12.) DOES 1 through 100;<br><br>Defendants. | Case No. 08CV0188-JAH(WMC)<br><br>**DEFENDANT MICHAEL AGUIRRE'S AND MICHAEL HUDSON'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: May 27, 2008<br>Time: 2:30 pm<br>Courtroom: 11<br>Court: Hon. John A. Huston<br><br>NO ORAL ARGUMENT REQUESTED |

**TO: PLAINTIFF, JOHN COBB, AND TO HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 27, 2008, at 2:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 11 of the Honorable John A. Huston, in the above-entitled court, located at 940 Front Street, San Diego, California, Defendant, CITY

OF SAN DIEGO, by and through its attorney of record, Kathryn A. Snyder, will move the Court to dismiss this action pursuant to the Federal Rules of Civil Procedure, Rules 8. 12 (b)(5) and 12(b)(6).

This motion is based on this notice, the files and records in this case, and the accompanying Memorandum of Points and Authorities in support of this motion to dismiss.

Dated: April 4, 2008

MICHAEL J. AGUIRRE, City Attorney

By *<u>/s/ Kathryn A. Snyder</u>*
KATHRYN A. SNYDER
Deputy City Attorney

Attorneys for Defendant
CITY OF SAN DIEGO