MICHAEL J. AGUIRRE, City Attorney
KATHRYN A. SNYDER, Deputy City Attorney
California State Bar No. 84722
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856
Email: ksnyder@sandiego.gov

Attorneys for Defendants
MICHAEL AGUIRRE and MICHAEL HUDSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COBB,<br><br>Plaintiff,<br><br>v.<br><br>1.) J. REYES (ID 606);<br>2.) S. GUSTAFSON (ID 601);<br>3.) LT. TOM MORRIS (ID 691);<br>4.) WILLIAM MacINTYRE (ID 617);<br>5.) LT. DAVID ROSE (ID 690);<br>6.) U.C.S.D. POLICE CHIEF O. KING;<br><br>Prosecutors:<br><br>7.) MICHAEL HUDSON;<br>8.) MIKE AGUIRRE;<br>9.) BONNIE DUMANIS;<br><br>Public Defenders:<br><br>10.) SHANE McKAY;<br>11.) STEVEN CARROLL;<br>12.) DOES 1 through 100;<br><br>Defendants. | Case No. 08CV0188-JAH(WMC)<br><br>CERTIFICATE OF SERVICE<br><br>Date: May 27, 2008<br>Time: 2:30 PM<br>Courtroom: 11<br>Judge: Hon. John A. Huston |

I, the undersigned, declare that I am over the age of eighteen years and not a party to this action; and that I served upon Plaintiff the following documents: Notice of Motion and Motion to Dismiss, Memorandum of Points and Authorities in Support of Motion to Dismiss, Defendants Michael Aguirre and Michael Hudson's Memorandum of Points and Authorities in Support of Motion to Dismiss in the following manner:

By electronic filing, I served each of the above referenced documents by E- filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California; and

I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 4, 2008, at San Diego, California.

Dated: ____________________, 2008

MICHAEL J. AGUIRRE, City Attorney

By *s/ Kathryn A. Snyder*
KATHRYN A. SNYDER
Deputy City Attorney

Attorneys for Defendants
CITY OF SAN DIEGO