Alfred De La Cruz, Esq. State Bar No. 151388
John P. Cogger, Esq. State Bar No. 172808
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
550 West "C" Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268
amd@mmker.com
jpc@mmker.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Cobb, Plaintiff,<br><br>vs.<br><br>1.) J. Reyes (ID 606);<br>2.) S. Gustafson (ID 601);<br>3.) Lt. Tom Morris (ID 691);<br>4.) William MacIntyre (ID 617);<br>5.) Lt. David Rose (ID 690);<br>6.) U.C.S.D. Police Chief O. King;<br>Prosecutors:<br>7.) Michael Hudson;<br>8.) Mike Aguirre;<br>9.) Bonnie Dumanis;<br>Public Defenders:<br>10.) Shane McKay;<br>11.) Steven Carroll;<br>12.) Does 1 through 100;<br><br>Defendants. | Case No. 08 CV 0188 JAH WMc<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS WILLIAM MacINTYRE AND DAVID ROSE**<br><br>**[Federal Rule of Procedure 12(b)(6)]**<br><br>Date: May 27, 2008<br>Time: 2:30 p.m.<br>Courtroom: 11 (2nd Floor)<br>Judge: Hon. John A. Houston<br><br>**[NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(d)(1)]** |

TO ALL PARTIES AND TO THEIR ATTORNEY OF RECORD

PLEASE TAKE NOTICE that on May 27, 2008, at 2:30 p.m., or as soon thereafter as the matter can be heard, in Courtroom 11 of the above-entitled Court, located at 940 Front Street, San Diego, California 92101, before the Honorable John A. Houston, Defendants William MacIntyre and Lt. David Rose will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6):

1) to dismiss all causes of action asserted by John Cobb

This Motion is based upon this Notice and accompanying Memorandum of Points and Authorities.

Dated: April 4, 2008

/s/Alfred M. De La Cruz
Alfred M. De La Cruz
John P. Cogger
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
550 West C Street Suite 1900
San Diego, CA 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268
**Attorneys for Defendants**
*J. Reyes, S. Gustafson, Lt. Tom Morris, William MacIntyre , Lt. David Rose, and U.C.S.D. Police Chief O. King*