Alfred De La Cruz, Esq. State Bar No. 151388
John P. Cogger, Esq. State Bar No. 172808
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
550 West "C" Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268
amd@mmker.com
jpc@mmker.com

Attorneys for Defendants JEFF REYES, SCOTT GUSTAFSON, TOM MORRIS and ORVILLE KING

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Cobb, Plaintiff,<br><br>vs.<br><br>1.) J. Reyes (ID 606);<br>2.) S. Gustafson (ID 601);<br>3.) Lt. Tom Morris (ID 691);<br>4.) William MacIntyre (ID 617);<br>5.) Lt. David Rose (ID 690);<br>6.) U.C.S.D. Police Chief O. King;<br>Prosecutors:<br>7.) Michael Hudson;<br>8.) Mike Aguirre;<br>9.) Bonnie Dumanis;<br>Public Defenders:<br>10.) Shane McKay;<br>11.) Steven Carroll;<br>12.) Does 1 through 100;<br><br>Defendants. | CASE NO. 08 CV 0188 JAH WMc<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANTS JEFF REYES, SCOTT GUSTAFSON, TOM MORRIS, AND ORVILLE KING**<br><br>**[Federal Rule of Procedure 12(b)(6)]**<br><br>Date: May 27, 2008<br>Time: 2:30 p.m.<br>Courtroom: 11 (2nd Floor)<br>Judge: Hon. John A. Houston<br><br>**[NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(d)(1)]** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on May 27, 2008 at 2:30 p. m., or as soon thereafter as the matter may be heard in **Courtroom 11** of the above-captioned court, located at **940 Front Street, San Diego, California**, defendants Defendants JEFF REYES, SCOTT GUSTAFSON, TOM MORRIS, and ORVILLE KING will move under Federal Rule of Civil Procedure 12(b)(6) for dismissal of Plaintiff's Complaint on the grounds that the Complaint fails to state a claim on which relief can be granted.

Plaintiff is *pro se* and no conference of counsel was required prior to filing this motion.

This motion will be based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, and on such other and further matter as the Court may accept at the hearing on this motion.

Dated: April 9, 2008

*/s/Alfred M. De La Cruz*
Alfred M. De La Cruz
John P. Cogger
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
550 West C Street Suite 1900
San Diego, CA 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268
Attorneys for Defendants
*J. Reyes, S. Gustafson, Lt. Tom Morris, William MacIntyre , Lt. David Rose, and U.C.S.D. Police Chief O. King*