Alfred De La Cruz, Esq. State Bar No. 151388
John P. Cogger, Esq. State Bar No. 172808
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
550 West "C" Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268
amd@mmker.com
jpc@mmker.com

Attorneys for Defendants JEFF REYES,
SCOTT GUSTAFSON, TOM MORRIS and ORVILLE KING

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Cobb, Plaintiff,<br><br>vs.<br><br>1.) J. Reyes (ID 606);<br><br>2.) S. Gustafson (ID 601);<br><br>3.) Lt. Tom Morris (ID 691);<br><br>4.) William MacIntyre (ID 617);<br><br>5.) Lt. David Rose (ID 690);<br><br>6.) U.C.S.D. Police Chief O. King;<br><br>Prosecutors:<br><br>7.) Michael Hudson;<br><br>8.) Mike Aguirre;<br><br>9.) Bonnie Dumanis;<br><br>Public Defenders:<br><br>10.) Shane McKay;<br><br>11.) Steven Carroll;<br><br>12.) Does 1 through 100;<br><br>Defendants. | CASE NO. 08 CV 0188 JAH WMc<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: May 27, 2008<br>Time: 2:30 p.m.<br>Courtroom: 11 (2nd Floor)<br>Judge: Hon. John A. Houston<br><br>**[NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(d)(1)]** |

I, the undersigned, declare that I am over th age of eighteen years and not a party to this action; and that I served the following documents: Notice of Motion and Motion to Dismiss, and Memorandum of Points and Authorities in Support of Motion to Dismiss Defendants Jeff Reyes, Scott Gustafson, Tom Morris, and Orville King:

By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 9, 2008, at San Diego, California.

Dated: April 9, 2008

*/s/Alfred M. De La Cruz*

Alfred M. De La Cruz
John P. Cogger
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
550 West C Street Suite 1900
San Diego, CA 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268
**Attorneys for Defendants**
*J. Reyes, S. Gustafson, Lt. Tom Morris, William MacIntyre , Lt. David Rose, and U.C.S.D. Police Chief O. King*