JOHN J. SANSONE, County Counsel (State Bar No. 103060)
County of San Diego
By STEPHANIE E. KISH, Senior Deputy (State Bar No. 185776)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-6230; Fax: (619) 531-6005
E-mail: stephanie.kish@sdcounty.ca.gov

Attorneys for Defendants Bonnie Dumanis, Steven Carroll and Shane McKay

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN COBB,<br><br>Plaintiff,<br><br>v.<br><br>(1) J. REYES (ID 606);<br>(2) S. GUSTAFSON (ID 601);<br>(3) LT. TOM MORRIS (ID 691);<br>(4) WILLIAM MACINTYRE (ID 617);<br>(5) LT. DAVID ROSE (ID 690);<br>(6) UCSD POLICE CHIEF O. KING;<br>**Prosecutors:**<br>(7) MICHAEL HUDSON;<br>(8) MIKE AGUIRRE;<br>(9) BONNIE DUMANIS;<br>**Public Defenders :**<br>(10) SHANE MCKAY ;<br>(11) STEVEN CARROLL;<br>(12) Does 1 through 100,<br><br>Defendants. | No. 08-cv-0188-JAH-WMc<br><br>NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT ON BEHALF OF DEFENDANT SHANE MCKAY<br><br>Date: June 23, 2008<br>Time: 2:30 p.m.<br>Dept.: 11 - Courtroom of the Honorable John A. Houston<br>Trial Date: None |

PLEASE TAKE NOTICE that on June 23, 2008, at 2:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable John A. Houston, United States District Judge, located at 940 Front Street, San Diego, California, defendant Shane McKay will move to dismiss plaintiff's complaint on grounds that it fails to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure, rule 12(b)(6).

The motion will be based upon this notice, upon the accompanying memorandum of points and authorities, and upon all papers and pleadings on file in this action.

DATED: April 6, 2008

JOHN J. SANSONE, County Counsel

By: s/ STEPHANIE E. KISH, Senior Deputy
Attorneys for Defendants Bonnie Dumanis, Steven Carroll and Shane McKay
E-mail: stephanie.kish@sdcounty.ca.gov

# Declaration of Service

I, LAURA COMETA, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On May 6, 2008, I served the following documents: **Notice Of Motion And Motion To Dismiss Plaintiff's Complaint On Behalf Of Defendant Shane Mckay; Memorandum Of Points And Authorities In Support Of Motion To Dismiss Plaintiff's Complaint On Behalf Of Defendant Shane Mckay** in the following manner:

☐ By personally delivering copies to the person served.

☒ By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

John Cobb
3955 Mt. Albertine Way
San Diego, California 92111
(858) 277-2026
(Plaintiff in Pro Per)

☒ By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

**Please See Attached List of Parties**

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 6, 2008, at San Diego, California.

Laura Cometa
LAURA COMETA

LIST OF PARTIES:

Alfred De La Cruz, Esq.
Manning & Marder
Kass, Ellrod, Ramirez
550 West C Street, # 1900
San Diego, California 92101
(619) 515-0269
(619) 515-0268 (fax)
Email: amd@mmker.com

(Attorneys for Defendants Jeff Reyes, Scott Gustafson, Tom Morris, William MacIntyre, David Rose and Orville King)

Kathryn A Snyder, Deputy
Office of the City Attorney
1200 Third Avenue, #1100
San Diego, California 92101
(619) 533-5800
(619) 533-5856 (fax)
Email: ksnyder@sandiego.gov

(Attorneys for Defendant Mike Aguirre and Michael Hudson)