UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COBB<br>Plaintiff,<br>vs.<br>J. REYES, et. al.,<br>Defendants. | Civil No. 08CV188 JAH (WMc)<br>**ORDER CONTINUING MOTION HEARING AND SETTING BRIEFING SCHEDULE** |

Pending before this Court are various motions to dismiss filed by the many Defendants. Several of the motions are scheduled to be heard on May 27, 2008, while another motion is scheduled to be heard on June 23, 2008. In the interest of judicial economy, this Court deems it appropriate to reschedule the earlier hearing date in order to entertain oral argument on all the motions at one time. Accordingly, the hearings on each of the motions to dismiss scheduled for May 27, 2008 (Doc. Nos. 18, 19, 20 and 21) are **VACATED** and rescheduled for **June 23, 2008 at 2:30 p.m.** in Courtroom 11. The briefing schedule for all motions is as follows:

1. Plaintiff's opposition(s) to the motions shall be filed and served no later than **June 9, 2008.**
2. Any reply memorandum shall be filed and served no later than **June 16, 2008.**

DATED: May 6, 2008

JOHN A. HOUSTON
United States District Judge