John Cobb – Plaintiff.
3955 Mt. Albertine Way
San Diego, CA 92111
Telephone: (858) 277-2026.

////

////

FILED
08 MAY 22 AM 10:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Cobb, Plaintiff,<br>vs.<br>1.) J. Reyes ( ID 606 );<br>2.) S. Gustafson ( ID 601 );<br>3.) Lt. Tom Morris ( ID 691 );<br>4.) William MacIntyre ( ID 617 );<br>5.) Lt. David Rose ( ID 690 );<br>6.) U.C.S.D. Police Chief O. King;<br>Prosecutors:<br>7.) Michael Hudson;<br>8.) Mike Aguirre;<br>9.) Bonnie Dumanis;<br>Public Defenders:<br>10.) Shane McKay;<br>11.) Steven Carroll;<br>12.) Does 1 through 100;<br>Defendants. | **NOTICE OF OPPOSITON TO MOTIONS TO DISMISS.**<br><br>**[ Case Number: 08-cv-0188-JAH-WMc ].**<br><br>Date: June 23, 2008<br>Time: 2:30 p.m.<br>Department: 11.<br>Judge: Hon. John A. Houston.<br><br>[ ORAL ARGUMENT REQUESTED ]. |

////

////

## NOTICE OF OPPOSITION TO MOTIONS TO DISMISS.

**PLEASE TAKE NOTICE**, that Plaintiff hereby submits the following documents in opposition to Defendants' Motions To Dismiss.

1.) This, **NOTICE OF OPPOSITON TO MOTIONS TO DISMISS**; and

2.) **DECLARATION AND ANALYSIS IN OPPOSITION TO MOTIONS TO DISMISS**; and

3.) **POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS.**

This Plaintiff opposition to Defendant's Motions to Dismiss, will be based on the above documents, and upon Plaintiff's Original Complaint ( already filed and served ), and upon oral argument at the hearing.

Respectfully submitted, May, 20. 2008. Signed: [signature].

John Cobb – Plaintiff.