John Cobb – Plaintiff.
3955 Mt. Albertine Way
San Diego, CA 92111
Telephone: (858) 277-2026.

////

////

FILED
08 JUN -9 PM 2:21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Cobb, Plaintiff,<br>vs.<br>1.) J. Reyes ( ID 606 );<br>2.) S. Gustafson ( ID 601 );<br>3.) Lt. Tom Morris ( ID 691 );<br>4.) William MacIntyre ( ID 617 );<br>5.) Lt. David Rose ( ID 690 );<br>6.) U.C.S.D. Police Chief O. King;<br>Prosecutors:<br>7.) Michael Hudson;<br>8.) Mike Aguirre;<br>9.) Bonnie Dumanis;<br>Public Defenders:<br>10.) Shane McKay;<br>11.) Steven Carroll;<br>12.) Does 1 through 100;<br>Defendants. | **NOTICE OF OPPOSITON TO MOTIONS TO DISMISS.**<br><br>**[ Case Number: 08-cv-0188-JAH-WMc ].**<br><br>Date: June 23, 2008.<br>Time: 2:30 p.m.<br>Department: 11.<br>Judge: Honorable John A. Houston.<br>Trial Date: None set.<br><br>[ ORAL ARGUMENT REQUESTED ]. |

////

////



CR

## NOTICE OF OPPOSITION TO MOTIONS TO DISMISS.

**PLEASE TAKE NOTICE**, that Plaintiff hereby submits the following documents in opposition to Defendants' Motions To Dismiss.

1.) This, **NOTICE OF OPPOSITON TO MOTIONS TO DISMISS; and**

2.) **DECLARATION AND ANALYSIS IN OPPOSITION TO MOTIONS TO DISMISS**; and

3.) **POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS.**

[ The above three (3) documents have already been filed and served. The documents below are hereby and now filed and served, and are intended to be considered in addition to the above three documents: ]

4.) **SUPPLEMENTAL POINTS AND AUTOHORITIES IN OPPOSITION TO MOTION TO DISMISS, AND DECLARATION OF JOHN COBB.**

This Plaintiff opposition to Defendant's Motions to Dismiss, will be based on the above documents, and upon Plaintiff's Original Complaint ( already filed and served ), and upon oral argument at the hearing. Document No. 4 above, is to be considered in addition to, and included with, all the other documents in this motion.

Respectfully submitted, June, 9. 2008. Signed: John Cobb

John Cobb – Plaintiff.