John Cobb -- Plaintiff.
3955 Mt. Albertine Way
San Diego, CA 92111

Telephone: (858) 277-2026.

////

////

FILED
08 JUN -9 PM 2:21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Cobb, Plaintiff,<br>vs.<br>1.) J. Reyes ( ID 606 );<br>2.) S. Gustafson ( ID 601 );<br>3.) Lt. Tom Morris ( ID 691 );<br>4.) William MacIntyre ( ID 617 );<br>5.) Lt. David Rose ( ID 690 );<br>6.) U.C.S.D. Police Chief O. King;<br>Prosecutors:<br>7.) Michael Hudson;<br>8.) Mike Aguirre;<br>9.) Bonnie Dumanis;<br>Public Defenders:<br>10.) Shane McKay;<br>11.) Steven Carroll;<br>12.) Does 1 through 100;<br>Defendants. | **PROOF OF SERVICE.**<br><br>**[ Case Number: 08-cv-0188-JAH-WMc ].**<br><br>Date: June 23, 2008.<br>Time: 2:30 p.m.<br>Department: 11.<br>Judge: Honorable John A. Houston.<br>Trial: None set. |

////

////

## PROOF OF SERVICE

This is the proof of service of the following documents;

**1.) NOTICE OF OPPOSITON TO MOTIONS TO DISMISS, and**

**2.) SUPPLEMENTAL POINTS AND AUTHORITIES IN OPPOSITION TO MOTIONS TO DISMISS, AND DECLARATION OF JOHN COBB.**

upon each of the following three defendants;

1.) John J. Sansone, County Counsel, County of San Diego
Stephanie Kish, Senior Deputy
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469

2.) Alfred De La Cruz
John P. Cogger
Manning & Marder, Kass, Ellrod, Ramirez LLP
550 West " C " Street, Suite 1900
San Diego, CA 92101

3.) Michael Aguirre
Kathryn Snyder, Deputy City Attorney
Office of the City Attorney
1200 Third Ave., Suite 1100
San Diego, CA 92101-4100

## VERIFICATION

I declare under penalty of perjury under the laws of the State of California, and of the United States, that he foregoing is true and correct.

Dated: 6/9, 2008. Signed: [signature]

John Cobb – Plaintiff.

## DECLARATION OF SERVICE OF DOCUMENT

I, Tiffany Techaira, declare:

That I am over the age of eighteen years and not a party to the case. I work at;
The UPS Store #0835, San Diego, California.

On, June 9, 2008, I received the following two documents;

**1.) NOTICE OF OPPOSITON TO MOTIONS TO DISMISS.**

**2.) SUPPLEMENTAL POINTS AND AUTHORITIES IN OPPOSITION TO MOTIONS TO DISMISS, AND DECLARATION OF JOHN COBB.**

I mailed a copy of each of these documents to each of the following three defendants at;

1.) John J. Sansone, County Counsel, County of San Diego
Stephanie Kish, Senior Deputy
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469

2.) Alfred De La Cruz
John P. Cogger
Manning & Marder, Kass, Ellrod, Ramirez LLP
550 West " C " Street, Suite 1900
San Diego, CA 92101

3.) Michael Aguirre
Kathryn Snyder, Deputy City Attorney
Office of the City Attorney
1200 Third Ave., Suite 1100
San Diego, CA 92101-4100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2008. Signed: [signature].

# DECLARATION OF SERVICE OF DOCUMENT

# BY PERSONAL SERVICE BY JOHN COBB

I, John Cobb declare:

I am the plaintiff in this case.

On, June 9, 2008, I personally delivered the following two documents;

**1.) NOTICE OF OPPOSITON TO MOTIONS TO DISMISS, and**

**2.) SUPPLEMENTAL POINTS AND AUTHORITIES IN OPPOSITION TO MOTIONS TO DISMISS, AND DECLARATION OF JOHN COBB,**

to each of the following three defendants at;

1.) John J. Sansone, County Counsel, County of San Diego
Stephanie Kish, Senior Deputy
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469

2.) Alfred De La Cruz
John P. Cogger
Manning & Marder, Kass, Ellrod, Ramirez LLP
550 West " C " Street, Suite 1900
San Diego, CA 92101

3.) Michael Aguirre
Kathryn Snyder, Deputy City Attorney
Office of the City Attorney
1200 Third Ave., Suite 1100
San Diego, CA 92101-4100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2008. Signed: [signature].