UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COBB,<br>Plaintiff,<br>v.<br>J. REYES, et al,<br>Defendants. | Case No. 08cv188-JAH (WMC)<br>**ORDER VACATING HEARING DATE** |

Several motions to dismiss have been filed by the various defendants (*See* Doc. Nos. 18, 19, 20, 21 and 22). All are scheduled to be heard on June 23, 2008.

After a review of the pleadings presented in support and in opposition to the various motions to dismiss plaintiff's complaint, this Court finds the motions suitable for adjudication without oral argument. *See* CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the hearing on Defendants' motions now scheduled for June 23, 2008, is **VACATED**. All motions are under submission, and the Court will issue its written ruling on the motions in due course.

DATED: June 17, 2008

JOHN A. HOUSTON
United States District Judge